UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

January 14, 2000

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

Memo to Counsel Re: Powell v. Erb, et al.
Civil No. L-96-794

Cooper v. Erb, et al.
Civil No. L-96-795

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| February 18, 2000 | Report due on status of insurance coverage, arbitration, etc. |
| March 1, 2000 | Deadline for submitting motions in limine and for plaintiffs to submit proposed voir dire questions and proposed jury instructions |
| March 7, 2000 | Deadline for submitting pretrial order and for defendants to submit proposed substitutive or supplemental voir dire questions and jury instructions |
| March 8, 2000 4:30 p.m. | Pretrial conference (by telephone; Mr. Michael will set it up) |
| March 23, 2000 | Trial (jury; 3 days). If the trial actually begins on March 23rd, we will also sit on Friday, March 24th. In the event that my case presently scheduled for March 27th settles, we will begin the trial in this case on March 27th. |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Honorable Benson E. Legg
Court File